UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD D. HUDSON,<br><br>          Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, *et al.*,<br><br>          Defendants. | Case No. 3:09-cv-0669-ECR-RAM<br><br>**ORDER** |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted an Application to Proceed *in Forma Pauperis* and a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. (#1). Plaintiff sues defendants Clark County, Tara Hubard, Lisa Luzaich, Stacie Roundtree, John Doe, and Douglas Herndon in their official capacities for violation of his Fifth and Fourteenth Amendment rights. Plaintiff has made identical claims verbatim against these same defendants in another action proceeding before this Court. *See* 3:09-cv-0668-LRH-VPC. Accordingly, this action is dismissed as duplicative.

**IT IS THEREFORE ORDERED** that Plaintiff's this action is **DISMISSED with prejudice** as duplicative**.**

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **CLOSE THIS CASE** and **ENTER JUDGMENT ACCORDINGLY.**

DATED: December 7, 2009

_____
UNITED STATES DISTRICT JUDGE