AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

GERALD D. HUDSON,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER: **3:09-CV-00669-ECR-RAM**

CLARK COUNTY, et al.,

     Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as duplicative. **IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is **DENIED** as moot.


   December 8, 2009                         **LANCE S. WILSON**
                                              Clerk


                                              /s/ D. R. Morgan
                                              Deputy Clerk